**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEELITE INTERNATIONAL USA, INC.,

        Plaintiff,

  v.

WINE CONCEPTS, INC.,

        Defendants.

_____/

No.  11-mc-80221 JSW

**ORDER OF REFERRAL**

On March 27, 2012, Plaintiff, Steelite International USA, Inc. filed an Application and Order for Appearance and Examination, in which it seeks an Order requiring Diana Dodd to appear for an examination.  The Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for resolution, unless the assigned Magistrate Judge determines that a report and recommendation is appropriate.  If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendant and Ms. Dodd and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: March 28, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk