ANDREW W. CARY (SBN: 206799)
acary@gordonrees.com
REBECCA WARDELL (SBN: 272902)
rwardell@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
STEELITE INTERNATIONAL USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEELITE INTERNATIONAL USA, INC.<br><br>Plaintiff,<br><br>vs.<br><br>WINE CONCEPTS, INC.<br><br>Defendant. | CASE NO. 3:11-MC-80221-JSW<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff STEELITE INTERNATIONAL USA, INC. hereby substitutes Andrew W. Cary and Rebecca Wardell of the law firm of Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, California; 415-986-5900 (telephone); 415-986-8054 (facsimile); acary@gordonrees.com/rwardell@gordonrees.com as its attorneys of record in the above-captioned action instead of Robert J. Parks and the Law Offices of Buchanan, Ingersoll & Rooney, LLP. This substitution may be signed in facsimile counter parts in order to avoid delay.

I have read this substitution of attorney and consent to the foregoing substitution.

Dated: M•/ 2 3 , 2012   STEELITE INTERNATIONAL USA, INC.

By: _____
Its:

-1-

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER   CASE NO. 3:11-MC-80221-JSW

1  We agree to the above substitution.

2  Dated: May 23, 2012          BUCHANAN, INGERSOLL & ROONEY LLP

3

4

5                                                        By: _____
                                                             ROBERT J. PARKS

6

7

8  We accept the above substitution.

9  Dated: May ____, 2012          GORDON & REES LLP

10

11                                                         By: _____
                                                             ANDREW W. CARY

12

13

14  IT IS SO ORDERED.

15

16

17  Dated: _____, 2012

18                                                          United States Magistrate Judge

*Left margin:* Gordon & Rees LLP / 275 Battery Street, Suite 2000 / San Francisco, CA 94111

| | |
|---|---|
| We agree to the above substitution. | |
| Dated: May ____, 2012 | BUCHANAN, INGERSOLL & ROONEY LLP |
| | By: _____<br>ROBERT J. PARKS |
| We accept the above substitution. | |
| Dated: May 23, 2012 | GORDON & REES LLP |
| | By: *(signature)*<br>ANDREW W. CARY |

IT IS SO ORDERED.

Dated: May 23, 2012

*(signature)*
~~United States Magistrate Judge~~
Jeffrey S. White
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

STELT/1079808/12564896v.1