| | |
|---|---|
| 1 | ANDREW W. CARY (SBN: 206799) |
| | acary@gordonrees.com |
| 2 | REBECCA WARDELL (SBN: 272902) |
| | rwardell@gordonrees.com |
| 3 | GORDON & REES LLP |
| | 275 Battery Street, Suite 2000 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 986-5900 |
| 5 | Facsimile: (415) 986-8054 |
| 6 | Attorneys for Plaintiff |
| 7 | STEELITE INTERNATIONAL USA, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STEELITE INTERNATIONAL USA, INC. | ) CASE NO. 3:11-MC-80221-JSW |
|---|---|
| Plaintiff, | ) **SUBSTITUTION OF ATTORNEY** |
| vs. | ) **AND [PROPOSED] ORDER** |
| WINE CONCEPTS, INC. | ) |
| Defendant. | ) |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff STEELITE INTERNATIONAL USA, INC. hereby substitutes Andrew W. Cary and Rebecca Wardell of the law firm of Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, California; 415-986-5900 (telephone); 415-986-8054 (facsimile); acary@gordonrees.com/rwardell@gordonrees.com as its attorneys of record in the above-captioned action instead of Robert J. Parks and the Law Offices of Buchanan, Ingersoll & Rooney, LLP. This substitution may be signed in facsimile counter parts in order to avoid delay.

I have read this substitution of attorney and consent to the foregoing substitution.

Dated: M•/ 23 , 2012          STEELITE INTERNATIONAL USA, INC.

By: [signature]
Its:

-1-

We agree to the above substitution.

Dated: May 23, 2012          BUCHANAN, INGERSOLL & ROONEY LLP

By: _____
     ROBERT J. PARKS

We accept the above substitution.

Dated: May ____, 2012          GORDON & REES LLP

By: _____
     ANDREW W. CARY

IT IS SO ORDERED.

Dated: _____, 2012

_____
United States Magistrate Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

We agree to the above substitution.

Dated: May _____, 2012

BUCHANAN, INGERSOLL & ROONEY LLP

By: _____
ROBERT J. PARKS

We accept the above substitution.

Dated: May 23, 2012

GORDON & REES LLP

By: _____
ANDREW W. CARY

IT IS SO ORDERED.

Dated: May 23, 2012

~~United States Magistrate Judge~~
Jeffrey S. White
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

STELT/1079808/12564896v.1

-2-

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

CASE NO. 3:11-MC-80221-JSW